UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CIVIL ACTION NO.: 1:13-CV-23060-KMW

| | |
|---|---|
| GRACE SOLIS<br><br>          Plaintiff<br><br>vs.<br><br>GLOBAL ACCEPTANCE CREDIT COMPANY, L.P., ET AL.<br>HAYT, HAYT & LANDAU, P.L.,<br>JASON S. DRAGUTSKY, Individually,<br>DANA S. STERN, Individually,<br>ROBERT J. OROVITZ, Individually<br><br>          Defendants | |

### DEFENDANT GLOBAL ACCEPTANCE CREDIT COMPANY, L.P.'S MOTION TO DISMISS COMPLAINT

Your Defendant, Global Acceptance Credit Company, L.P., by and through counsel, moves to dismiss Plaintiff's Complaint and as grounds therefore respectfully refers this Honorable Court to the accompanying brief in support of its motion.

THE LAW OFFICES OF RONALD S. CANTER, LLC

 /s/ Ronald S. Canter
Ronald S. Canter, Esquire
Bar #335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  rcanter@roncanterllc.com
*Attorney for Defendant Global Acceptance Credit Company, L.P.*

400 S. Dixie Hwy #322
Boca Raton, FL  33432
*Local Address*

1

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 1st day of October, 2013 to:

Jonathan K. Wright, Jr., Esquire
1415 NW 15th Avenue, Suite 1102
Miami, Florida 33125
E-Mail: attorneyjonwright@gmail.com
*Attorney for Plaintiff*

David P. Hartnett, Esquire
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
*Attorney for Co-Defendants*


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
*Attorney for Defendant Global Acceptance Credit Company, L.P.*