UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:13-cv-23060-KMW

Grace Solis,

    Plantiff,

v.

GLOBAL ACCEPTANCE CREDIT COMPANY
HAYT HAYT & LANDAU, P.L.
Dana M. Stern, Individually,
Jason S. Dragutsky, Individually and
Robert J. Orovitz, Individually,

    Defendants.

FILED by YAR D.C.
OCT 15 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF TERMINATION OF COUNSEL

COMES NOW, the Plaintiff, Grace Solis, and hereby notices the Court that effective immediately, Jonathan K. Wright, Jr. is no longer Plaintiff's counsel of record and Plaintiff will proceed *pro se*.

Respectfully submitted,

*[signature]*

Grace Solis
*pro se*
730 86th St.
Miami Beach, FL 33141
Plaintiff

Dated: October 14, 2013

I HEREBY CERTIFY that on October 14, 2013, a true and correct copy of the foregoing has been furnished by US regular mail to:

Ronald S. Canter
200 A Monroe Street
Suite 104
Rockville, MD 20850
Counsel for Defendant GLOBAL

Barbara Hernandez
David Palmer Hartnett
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
Counsel for Defendants HAYT, HAYT & LANDAU, P.L., Dana M. Stern, Jason S. Dragutsky and Robert J. Orovitz