

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Grace Solis
    Plaintiff

Case No.: 1:13-cv-23060-KMW

GLOBAL ACCEPTANCE CREDIT COMPANY L.P.,
HAYT, HAYT & LANDAU, P.L.,
Jason Scott Dragutsky, Individually,
Dana Michelle Stern, Individually,
Robert J. Orovitz, Individually
    Defendants

### NOTICE OF APPEAL

Notice is hereby given that Grace Solis, Plaintiff in the above styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the U.S. District Court for the Southern District of Florida's Order granting Defendants GLOBAL ACCEPTANCE CREDIT COMPANY L.., HAYT, HAYT & LANDAU, P.L., Jason Scott Dragutsky, Individually, Dana Michelle Stern, Individually and Robert J. Orovitz, Individually, Motions to Dismiss (DE 11 and 25), granting Defendants Motion to Strike Plaintiff's Amended Complaint (DE 36 and 37), striking Plaintiff's Amended Complaint (DE 35), and denying Plaintiff's Motion for Leave to Amend Complaint (DE 39) entered this 25th day of June, 2014.

Respectfully submitted,                        July 3, 2014

*/s/ Grace Solis*
Grace Solis
*Pro Se*
730 86th Street
Miami Beach, FL 33141

### CERTIFICATE OF SERVICE

1

I, Grace Solis, certify that on July 3, 2014, I mailed a true and correct copy of the above and foregoing Notice of Appeal via USPS mail to:

Counsel for HAYT, Stern, Dragutsky and Orovitz
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134

Counsel for Global
Mr. Ronald S. Canter
200 A Monroe Street, Suite 104
Rockville, MD 20850